## Marvin JOHNSON v. STATE.
### No. 17320.

Court of Criminal Appeals of Texas.

Dec. 12, 1934.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

Court of Criminal Appeals of Texas.

Dec. 12, 1934.

## Melvin JOHNSON v. STATE.
### No. 17322.

Court of Criminal Appeals of Texas.

Dec. 12, 1934.

## Melvin JOHNSON v. STATE.
### No. 17323.

Court of Criminal Appeals of Texas.

Dec. 12, 1934.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is theft of property over the value of $50; the punishment, confinement in the penitentiary for two years.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.